IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, MICHEAL W. BUCKNER, B.V. HYLER and STEVEN F. SCHAAB as Trustees of the UNITED MINE WORKERS OF AMERICA 1974 PENSION PLAN,<br><br>    Plaintiffs,<br><br>  v.<br><br>ENERGY SUPPLY, INC. et al.,<br><br>    Defendants. | Civil Action No. 1:08-cv-01115-RBW |

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

1. I am an Attorney Assistant for the Office of General Counsel, United Mine Workers of America ("UMWA") Health and Retirement Funds, Plaintiffs in this action.

2. On or about July 7, 2008, pursuant to Fed. R. Civ. P. 4(h)(1) and D.C. Super. Ct. R. – Civil 4(h)(1) and 4(c)(3), copies of the Summonses and Complaint in this action were mailed to Energy Supply, Inc. and Donray Industries, Inc. by certified mail to:

> Energy Supply, Inc.
> Donray Industries, Inc.
> 800 Greenfield Ave.
> Pittsburgh, Pennsylvania  15217

3. Service was accomplished on July 10, 2008.  A copy of the signed receipt is attached to this Affidavit as Exhibit A.

4. It is my belief that the person signing the return receipt was acting as the authorized agent of Energy Supply, Inc. and Donray Industries, Inc.

2

5.  I declare under penalty of perjury that the foregoing is true and correct.

/s/
Karen K. Davie
Attorney Assistant

UMWA Health & Retirement Funds
Office of the General Counsel
2121 K Street, N.W.
Washington, D.C. 20037

SUBSCRIBED AND SWORN TO

BEFORE ME THIS 21ST DAY OF

JULY, 2008

/s/
Annette Hargis
Notary Public

MY COMMISSION EXPIRES OCTOBER 14, 2012.

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2008, I served the foregoing Affidavit of Service by Certified Mail via United States Mail, First Class, Postage Prepaid, to the following individual:

>Raymond L. Hulings, President
>Energy Supply, Inc.
>Donray Industries, Inc.
>800 Greenfield Ave.
>Pittsburgh, Pennsylvania 15217

/s/
Christopher F. Clarke
Senior Assistant General Counsel
D.C. Bar No.  441708

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Rachael Lundquist* ☐ Agent / ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  7-10 |
| 1. Article Addressed to:<br><br>Raymond L. Hulings, President<br>Energy Supply, Inc.<br>Donray Industries, Inc.<br>800 Greenfield Ave.<br>Pittsburgh, Pennsylvania 15217 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☒ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0003 6745 7339 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540