IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL H. HOLLAND, MICHEAL W.
BUCKNER, B.V. HYLER and STEVEN F.
SCHAAB as Trustees of the UNITED MINE
WORKERS OF AMERICA 1974 PENSION
PLAN,

                    Plaintiffs,

        v.

ENERGY SUPPLY, INC. et al.,

                    Defendants.

Civil Action No. 1:08-cv-01115-RBW

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

1.      I am an Attorney Assistant for the Office of General Counsel, United Mine

Workers of America ("UMWA") Health and Retirement Funds, Plaintiffs in this action.

2.      On or about July 7, 2008, pursuant to Fed. R. Civ. P. 4(h)(1) and D.C. Super. Ct.

R. – Civil 4(h)(1) and 4(c)(3), copies of the Summonses and Complaint in this action were

mailed to Energy Supply, Inc. and Donray Industries, Inc. by certified mail to:

> Energy Supply, Inc.
> Donray Industries, Inc.
> 800 Greenfield Ave.
> Pittsburgh, Pennsylvania  15217

3.      Service was accomplished on July 10, 2008.  A copy of the signed receipt is

attached to this Affidavit as Exhibit A.

4.      It is my belief that the person signing the return receipt was acting as the

authorized agent of Energy Supply, Inc. and Donray Industries, Inc.

5.    I declare under penalty of perjury that the foregoing is true and correct.


/s/_____
Karen K. Davie
Attorney Assistant

UMWA Health & Retirement Funds
Office of the General Counsel
2121 K Street, N.W.
Washington, D.C. 20037

SUBSCRIBED AND SWORN TO

BEFORE ME THIS 21ST DAY OF

JULY, 2008


/s/_____
Annette Hargis
Notary Public

MY COMMISSION EXPIRES OCTOBER 14, 2012.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 22, 2008, I served the foregoing Affidavit of Service by

Certified Mail via United States Mail, First Class, Postage Prepaid, to the following individual:

Raymond L. Hulings, President
Energy Supply, Inc.
Donray Industries, Inc.
800 Greenfield Ave.
Pittsburgh, Pennsylvania 15217

/s/_____
Christopher F. Clarke
Senior Assistant General Counsel
D.C. Bar No.  441708

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Raymond L. Hulings, President
Energy Supply, Inc.
Donray Industries, Inc.
800 Greenfield Ave.
Pittsburgh, Pennsylvania 15217

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Rachel Lundgrist_   ☐ Agent
                        ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
                                  7-10

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☒ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)

7005 1820 0003 6745 7339

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540